ance Company of Newark, New Jersey. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *post,* p. 1007.]

In the Matter of the Estate of SARAH HANFT, Deceased. SAM HANFT, as Administrator of the Estate of SARAH HANFT, Deceased, Appellant; ANNA STEIN, Respondent.— Decree unanimously affirmed, without costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Application of DOROTHY A. JOSLYN, Respondent; UNIVERSAL LABORATORIES, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [191 Misc. 512.]

## (April 6, 1948.)

FRANCESCO DI LAURO, Appellant, v. LOUIS A. PHARAO et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

SAMUEL A. ISRAEL, Respondent, v. 11 PARK PLACE COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

ISBRANDTSEN COMPANY, INC., Respondent, v. EUGENE D'ERBSTEIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

ROSE McCARTHY et al., as Administratrices of the Estate of JOHN McCARTHY, Deceased, Respondents, v. CITY OF NEW YORK et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post,* p. 1007.]

SUPERIOR ROLL Co., INC., et al., Respondents, v. LOUIS KANTROWITZ et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Election of a Vice-President on August 29, 1946, of W. T. STEAD MEMORIAL CENTER. PERRY J. BOORAS et al., Respondents; BERTHA R. MARX et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

ALBERT E. MCKENZIE, as Trustee in Bankruptcy of GRAVES-QUINN CORPORATION, Respondent, v. IRVING TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post,* p. 996.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. E. PENNINGTON PEARSON et al., Respondents, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [87–89 Leonard St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SULIL HOLDING CORPORATION, Appellant, against WILLIAM W. MILLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. [142 Manhattan Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disburse-